IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOE L. WELCH,<br><br>　　　　　　　　Defendant. | **8:15CR11**<br><br>**ORDER** |

This matter is before the court on defendant's motion to proceed in forma pauperis on appeal, Filing No. 120. In support of the motion, the defendant has also filed an affidavit, Filing No. 122, and a financial affidavit, Filing No. 125. Defendant has been convicted of possession of a firearm by a felon after a plea of guilty. He has filed a notice of appeal of his conviction and sentence. Filing No. 123. Defendant retained counsel who represented him in these proceedings.

Defendant's application to proceed in forma pauperis shows that he is indigent, and he is presently incarcerated.

The court finds defendant has shown that he is unable to pay fees and costs or to give security therefor. Furthermore, defendant seeks to appeal his criminal conviction and sentence and is entitled to seek that redress. Accordingly,

　　IT IS ORDERED that:

　　1.　Defendant's motion for leave to appeal in forma pauperis, Filing No. 120, is granted.

Dated this 7th day of November, 2016

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　Senior United States District Judge